

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00654-CV

**IN RE** Christopher **HAINES**

Original Mandamus Proceeding[1]

**ORDER**

On September 13, 2018, relator filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition and the response, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable John D. Gabriel, Jr. is ORDERED to vacate his August 23, 2018 Order Granting Leave to File Amended Pleadings as that order applies to any claims asserted by plaintiff against relator in plaintiff's second amended petition within fifteen days from the date of this order. The writ will issue only if we are notified that Judge Gabriel has not complied within fifteen days from the date of this order.

It is so **ORDERED** on November 28, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI18574, styled *Virginia Castillo v. Christopher Haines and Daniel Haines*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.